# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **MICHAEL PITTMAN,** | ) |
| *Plaintiff* | ) No. 1:20-cv-04493 |
| *v.* | ) Judge Martha M. Pacold |
| **AETNA LIFE INSURANCE COMPANY, and AEP GROUP BENEFITS PROGRAM,** | ) Magistrate Judge Gabriel A. Fuentes |
| *Defendants* | ) |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Michael Pittman ("Plaintiff"), and defendants, Aetna Life Insurance Company ("Aetna") and AEP Group Benefits Program ("the Plan"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: */s/ Joseph P. McDonald* (with consent)  
   Attorney for Plaintiff,  
   Michael Pittman

By: */s/ Warren von Schleicher*  
   Attorney for Defendants,  
   Aetna Life Insurance Company and  
   AEP Group Benefits Program

Joseph P. McDonald (0055230)  
MCDONALD & MCDONALD CO., L.P.A.  
200 E. Spring Valley Rd, Suite A  
Dayton, OH 45458  
P: 937-428-9800  
joseph@mcdonaldandmcdonald.com

Warren von Schleicher (IL 6197189)  
SMITH | VON SCHLEICHER + ASSOCIATES  
180 North LaSalle Street, Suite 3130  
Chicago, Illinois 60601  
P: 312-541-0300  
warren.vonschleicher@svs-law.com

## CERTIFICATE OF SERVICE

I certify that on January 4, 2021, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorney:

Joseph P. McDonald
McDonald & McDonald Co., L.P.A.
200 East Spring Valley Rd., Suite A
Dayton, OH 45458
joseph@mcdonaldandmcdonald.com

*/s/ Warren von Schleicher*
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300  |  F  312.541.0933
warren.vonschleicher@svs-law.com
Illinois Bar No. 6197189